[Nos. 66501-4-I; 67100-6-I.    Division One.    March 19, 2012.]

*In the Matter of the Parenting and Support of* S.M.F.

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLD-CARLO ANDRADA DELIZO, *Defendant*, RYOKO FUKUDA, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 09-5-01364-1, Mariane C. Spearman, J., entered October 18, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Leach, J.

[Nos. 40721-3-II; 40751-5-II.    Division Two.    March 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH C. DOBBS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. AMANDA L. DOBBS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 09-1-02398-2, Kitty-Ann van Doorninck, J., entered May 13, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Worswick, JJ.

[No. 41157-1-II.    Division Two.    March 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON JAMES BISHOP, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00530-2, S. Brooke Taylor, J., entered August 31, 2010. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Van Deren and Johanson, JJ.